UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

    Plaintiff,

v.

RONNEBERG, et al.,

    Defendants.

Case No. 24-cv-04212-HSG

**ORDER DENYING AS MOOT MOTION TO FILE BY MAIL**

Re: Dkt. No. 3

The Court DENIES as moot Plaintiff's motion to file his complaint by mail. Dkt. No. 3. Plaintiff has complied with General Order No. 76's requirement that his complaint be filed by electronic mail. Dkt. No. 4.

This order terminates Dkt. No. 3.

**IT IS SO ORDERED.**

Dated: 2/28/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge