UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

        Plaintiff,

    v.

RONNEBERG,

        Defendant.

Case No. 24-cv-04212-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Re: Dkt. No. 15

Good cause being shown, the Court GRANTS Defendants' request for an extension of time to file their dispositive motion. Dkt. No. 15. Defendants shall file their dispositive motion by June 23, 2026. Plaintiff's opposition to Defendants' motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is docketed in the Court's electronic filing system. The motion will be deemed submitted on the date the reply brief is due.

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated:   2/23/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge