United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

Plaintiff,

v.

RONNEBERG,

Defendant.

Case No. 24-cv-04212-HSG

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT; GRANTING REQUEST FOR SCREENING; VACATING BRIEFING SCHEDULE; DENYING PENDING MOTIONS AS MOOT; DIRECTIONS TO CLERK**

Re: Dkt. Nos. 8, 18, 20, 21

The Court GRANTS Plaintiff's unopposed request for leave to file an amended complaint. Dkt. No. 18. The Court ORDERS the Clerk to file the proposed amended complaint (Dkt. No. 18 at 3-18) as a separate docket entry, with a filed date of March 16, 2026. The Court GRANTS Defendant's request that the amended complaint be screened as required by 28 U.S.C. § 1915A. Dkt. No. 20. The Court will screen the amended complaint in a separate order. In light of the foregoing, the Court VACATES the pending deadlines, and DENIES the remaining motions (Dkt. Nos. 8, 21) as moot.

This order terminates Dkt. No. 8, 18, 20, 21.

**IT IS SO ORDERED.**

Dated: 8/18/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge